No. 1,958.—STATE ex rel. MELVILLE, Relator, v. DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT et al., Respondents.

Original—*Certiorari.*

Decided June 13, 1903.

Per Curiam.—Relator's application for a writ of review herein is denied.

Rehearing denied June 17, 1903.

*Mr. Charles O'Donnell,* for Relator.

---

No. 1,626.—STATE PUBLISHING CO., Appellant, v. NEIL, Respondent.

*Appeal from District Court, Lewis and Clarke County; H. C. Smith, Judge.*

On motion to dismiss appeal.

Decided June 18, 1903.

Per Curiam.—Upon motion of counsel for the appellant herein, this appeal is dismissed; each party to pay his or its own costs.

*Mr. H. J. Burleigh,* and *Mr. C. B. Nolan,* for Appellant.

*Messrs. Carpenter & Carpenter,* for Respondent.